COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 November 5, 2015
 No. 10-15-00274-CR
 PATRICK DEMON STEWART
 v.
 THE STATE OF TEXAS
 
 
 From the 87[th] District Court
 Freestone County, Texas
 Trial Court No. 14-153-CR
 
--------------------------------------------------------------------------------
JUDGMENT

 Patrick Demon Stewart's Motion to Dismiss Appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
SHARRI ROESSLER, CLERK

By: ___________________________
 Nita Whitener, Deputy Clerk